# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ken Johansen

                        Plaintiff,

v.                                            Case No.: 1:17−cv−03604

                                                    Honorable John Z. Lee

Santanna Natural Gas Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 27, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 9/27/18. Third−party Plaintiffs' motion for entry of default judgment [65] is granted. Judgment is entered in favor of the Plaintiff and against the Defendant Santanna Natural Gas Corporation in the amount of $750,000. Counsel should submit a proposed order and contact the courtroom deputy when they have done so. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.