UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEN JOHANSEN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>SANTANNA NATURAL GAS CORPORATION, d/b/a SANTANNA ENERGY SERVICES,<br><br>    Defendant. | Case No. 1:17-cv-03604<br><br>Hon. John Z. Lee |

SANTANNA NATURAL GAS CORPORATION,
d/b/a SANTANNA ENERGY SERVICES,

    Defendant/Third-Party Plaintiff,

LIBERAL UNITED MARKETING, INC. a/k/a
LIBERAL UNITED MARKETING C AND P
INC. and JACOB T. ADIGWE,

    Third-Party Defendants

### ORDER AWARDING ATTORNEY'S FEES, COSTS AND EXPENSES

  This matter, coming to be heard on October 23, 2018 for Third-Party Plaintiff, Santanna Natural Gas Corporation, d/b/a Santanna Energy Services' Motion for Attorney's Fees, Costs, and Expenses, (ECF No. 76), due notice being given, the court fully advised, and for the reasons stated on the record, it is HEREBY ORDERED:

- Third-Party Plaintiff's Motion for Attorney's Fees, Costs, and Expenses (ECF No. 76) is granted;

- In addition to the Default Judgment entered on October 1, 2018, in the amount of $750,000 (ECF No. 69), attorney's fees, costs, and expenses are awarded in favor of Third-Party Plaintiff Santanna Natural Gas Corporation d/b/a Santanna Energy

Service ("Santanna"), and against Third-Party Defendants Liberal United Marketing, Inc., a/k/a Liberal United Marketing C and P, Inc., and Jacob T. Adigwe, jointly and severally, in the amounts of $111,150.50 for attorney's fees, and $13,139.34 in costs and expenses.

*So Ordered.*

Dated: 10/24/18

U.S. District Judge John Z. Lee